UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                        Case No:   2:16-cv-192-FtM-38CM

KHULNA INC., TORRE
DEONTRAY FULCHER, LE
GOURMET INDIA, LLC, CHINA
TASTE INC. OF FORT MYERS,
MILTON TOWNSEND and
JACKIE'S EYEBROW
THREADING NAILS SALON INC.,

    Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff Patricia Kennedy's Motion to Compel Defendant to Participate in the Case Management Conference, Motion for Leave to Hold Case Management Conference via Telephone, and Motion for Extension of Time to File the Case Management Report (Doc. 33) filed on June 22, 2016.

Plaintiff filed her complaint on March 14, 2016.  Doc. 1.  As of June 14, 2016, the record reflected that only two Defendants were served, one of whom was dismissed.  See Docs. 24, 25.  As such, on June 14, 2016, the Court entered an Order requiring Plaintiff to show cause, on or before June 24, 2016, why the remaining Defendants have not been served and why a Case Management Report has not been filed.  Doc. 26.  On June 20, 2016, Plaintiff filed five Returns of Service that were

executed between March 31, 2016 and May 17, 2016; however, neither of these Defendants have filed an answer or otherwise defended against this action and the time to do so has expired.  *See* Docs. 28-32.  Defendants' failure to respond to the Complaint, however, has not prompted Plaintiff to move for clerk's default under Middle District of Florida Local Rule 1.07.  Plaintiff thus has evidenced a lack of interest in prosecuting this case.  *See* M.D. Fla. R. 3.10(a).

In response to the Court's previous Order to show cause, Plaintiff filed the instant motion requesting an order compelling the only Defendant that has appeared in the action to participate in the case management conference and prepare a Case Management Report.  Pursuant to the Related Case Order and Track Two Notice "[a]ll parties must comply with the requirements set in Local Rule 3.05 for Track Two cases."  Doc. 10 at 2.  Moreover, "counsel and any unrepresented party shall meet within **THIRTY (30) DAYS** after service of the complaint upon any defendant, or the first appearance of any defendant, to prepare a Case Management Report."  *Id.*  While there already is an Order in place requiring compliance by all parties with the local rules, the Court finds good cause to grant an extension of time up to and including July 8, 2016 **so that Plaintiff and all parties who have been served** may confer to prepare an agreed upon Case Management Report and file same with the Court.  The parties may confer telephonically.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff, Patricia Kennedy's, Motion to Compel Defendant to Participate in the Case Management Conference, Motion for Leave to Hold Case Management Conference via Telephone, and Motion for Extension of Time to File the Case Management Report (Doc. 33) is **GRANTED**.

2. Plaintiff shall **SHOW CAUSE**, in writing, on or before June 30, 2016, why she has failed to move for clerk's default against Defendants that have been served but failed to respond or otherwise defend against this action. Failure to comply with this directive will result in the Court recommending that this action be dismissed for failure to prosecute, notwithstanding the relief provided in this Order.

3. Plaintiff shall furnish a copy of this Order on all parties served.

**DONE** and **ORDERED** in Fort Myers, Florida on this 24th day of June, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record