UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                  Case No:   2:16-cv-192-FtM-38CM

KHULNA INC., TORRE DEONTRAY
FULCHER, LE GOURMET INDIA,
LLC, CHINA TASTE INC. OF FORT
MYERS, MILTON TOWNSEND and
JACKIE'S EYEBROW THREADING
NAILS SALON INC.,

    Defendants.
_____/

### ORDER[1]

    This matter comes before the Court on review of the docket.  In March 2016, Plaintiff filed this action against Defendants alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12181 ("ADA").  (Doc. #1).  Recently, Plaintiff settled with Defendant Pipeline Properties, LLC, who appears to be the landlord for the subject property.  (Doc. #24).  However, the terms of that settlement were not provided to the Court.  Because ADA actions become moot "when the alleged violations have been remedied after the initial filing of a suit seeking injunctive relief," *Nat'l All. For Accessability, Inc. v. Walgreen Co.,* 2011 WL 5975809, at *3 (M.D. Fla. Nov. 28, 2011), Plaintiff shall specify whether the settlement with Defendant Pipeline Properties, LLC

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

remedies the alleged violations.  If the settlement did not remedy the violations, Plaintiff Patricia Kennedy shall specify what violations remain and what Defendants those violations are attributable to.

Accordingly, it is now

**ORDERED:**

On or before July 18, 2016, Plaintiff Patricia Kennedy is directed to specify whether the settlement with Defendant Pipeline Properties, LLC, (Doc. #24) remedies the violations alleged in the Complaint.  If the settlement did not remedy the violations, Plaintiff Patricia Kennedy shall specify what violations remain and what Defendants those violations are attributable to.

**DONE** and **ORDERED** in Fort Myers, Florida, this 7th day of July, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record