UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                                                                  Case No:   2:16-cv-192-FtM-38CM

KHULNA INC., TORRE DEONTRAY FULCHER, LE GOURMET INDIA, LLC, CHINA TASTE INC. OF FORT MYERS, MILTON TOWNSEND and JACKIE'S EYEBROW THREADING NAILS SALON INC.,

    Defendants.

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion for Order Permitting Filing of Unilateral Case Management Report and for Sanctions (Doc. 43) filed on July 8, 2016.  On March 14, 2016, Plaintiff filed a complaint against Khulna Inc., Torre Deontray Fulcher, Le Gourmet India LLC, China Taste Inc. of Fort Myers, Milton Townsend, and Jackie's Eyebrow Threading Nails Salon Inc., alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq.*  Doc. 1.

On April 20, 2016, Defendant Milton Townsend, appearing *pro se*, filed an "Answer" seeking dismissal of this case against him.  Doc. 17 at 1.  On June 14, 2016, the Court entered an Order to Show Cause against Plaintiff as to why service had not been effected on the remaining Defendants[1]  and why she failed to file a Case

---

[1] On May 25, 2016, Plaintiff filed a Notice of Settlement as to Defendant Pipeline

Management Report. Doc. 26. Subsequently, Plaintiff filed Returns of Service for the remaining Defendants (Docs. 28-32) and a Motion to Compel Defendant to Participate in the Case Management Conference, Motion for Leave to Hold Case Management Conference via Telephone, and Motion for Extension of Time to File the Case Management Report. Doc. 33. The motion stated that Plaintiff's counsel attempted on several occasions to contact Defendant Townsend, but he was unresponsive. Doc. 33 at 2. The Court granted the motion and specifically directed the parties' attention to a previous order of this Court requiring "all parties must comply with the requirements set in Local Rule 3.05 for Track Two cases." Doc. 35 at 2 (citing Doc. 10 at 2). The Court ordered Plaintiff's counsel to furnish a copy of the order to all parties served. Doc. 35 at 3.

On June 24, 2016, Plaintiff filed a Motion for Clerk's Entry of Default as against the remaining Defendants. Doc. 36. The Court granted the motion with respect to Defendants Torre Deontray Fulcher, Khulna, Inc., and Le Gourmet India, LLC, and denied it without prejudice with respect to Defendants China Taste Inc. of Fort Myers and Jackie's Eyebrow Threading Nails Salon Inc. Doc. 41 at 6. On July 8, 2016, Plaintiff filed the instant motion seeking to sanction the only Defendant who appeared and remained in this case as of the date of filing the motion, and seeking leave to file a unilateral case management report due to Defendant Townsend's failure to confer and complete a case management report. Doc. 43. Since the filing of the motion, Jackie's Eyebrow Threading Nails Salon Inc. has filed an answer (Doc.

---

Properties, but the docket revealed there remained five Defendants unserved. Doc. 24.

44) and Torre Fulcher has filed a Motion to Set Aside Clerk's Default. Doc. 48. Because other Defendants have appeared, Plaintiff's request to file a unilateral case management report will be denied.

With respect to Plaintiff's request to sanction Defendant Townsend, a court has the inherent power to police its docket. *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629–30 (1962). Thus, incident to this power, a court may impose formal sanctions upon dilatory litigants. "The sanctions imposed can range from a simple reprimand to an order dismissing the action with or without prejudice." *Mingo v. Sugar Cane Growers Co-op of Florida*, 864 F.2d 101, 102 (11th Cir.1989). The Court notes that since the filing of the instant motion, Defendant Townsend has filed an Amended Motion to Dismiss (Doc. 50); however, he has failed to respond to the instant motion. The fact that a party has a pending motion to dismiss does not negate his duty to participate in the case management conference and to confer with other parties to complete a case management report. Because of his *pro se* status, the Court will not impose any formal sanctions against Defendant Townsend at this time. The Court will warn Defendant Townsend, however, that failure to comply with this Order may result in sanctions, including striking any of his pleadings from the court file.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Motion for Order Permitting Filing of Unilateral Case Management Report and for Sanctions (Doc. 43) is **DENIED**. **Plaintiff and all Defendants that**

have appeared in this action, regardless of any motions they have pending, are **ordered to meet no later than August 30, 2016** to prepare a case management report. Failure by any party to comply with this directive may result in the imposition of sanctions against that party.   Plaintiff shall file same with the Court no later than **September 9, 2016.**

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of August, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:

Counsel of record

Milton Townsend
2964 Cleveland Avenue
Fort Myers, Fl 33901

Jackie's Eyebrow Threading Nails Salon Inc.
Jacquiline Smith
2976 Unit B Cleveland Avenue
Fort Myers, Florida 33901