UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

    Plaintiff,

v.                                                  Case No:  2:16-cv-192-FtM-38CM

KHULNA INC., TORRE DEONTRAY
FULCHER, LE GOURMET INDIA,
LLC, CHINA TASTE INC. OF FORT
MYERS, MILTON TOWNSEND and
JACKIE'S EYEBROW THREADING
NAILS SALON INC.,

    Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on *sua sponte* review of the letter from Defendant Jackie's Eyebrow Threading Nails Salon Inc. ("JETNSI") (Doc. #44) that was filed on July 11, 2016 and directed to the Court as an Answer to Plaintiff's Complaint. This is improper. All documents filed with the Court must be in the form of a pleading or motion. *See* Fed. R. Civ. P. 7(a)-(b). As such, the Clerk is directed to strike JETNSI's letter (Doc. #44) from the docket.

Further, the court notes that JETNSI has not yet retained counsel in this matter. It "is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." Palazzo v. Gulf Oil Corp.,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

764 F.2d 1381, 1385 (11th Cir. 1985). As such, JETNSI must retain counsel and have counsel file a notice of appearance in this matter on or before September 16, 2016. Failure to comply with the Court's Order may result in sanctions, default, or other appropriate action by the Court.

Accordingly, it is now

**ORDERED:**

1. The Clerk is directed to **STRIKE** Defendant Jackie's Eyebrow Threading Nails Salon Inc.'s letter (Doc. #44) from the docket.

2. Defendant Jackie's Eyebrow Threading Nails Salon Inc. shall have up to and including **September 16, 2016** to retain counsel and have counsel file a notice of appearance in this matter.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of August, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record