UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually,

v.  Case No: 2:16-cv-192-FtM-38CM

KHULNA INC.; TORRE DEONTRAY FULCHER; LE GOURMET INDIA, LLC; CHINA TASTE INC. OF FORT MYERS; MILTON TOWNSEND; JACKIE'S EYEBROW THREADING NAILS SALON INC.,

_____/

**ORDER**[1]

This matter comes before the Court on review of the Parties' Joint Stipulations for Voluntary Dismissal with Prejudice ("Joint Stipulations") (Docs. #67, #69) filed on October 21, 2016, and October 24, 2016.

"Pursuant to Federal Rule of Civil Procedure 41, a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." *Palmer v. Dau*, No. 610-cv-248-ORL-19KRS, 2010 WL 1838001, at *1 (M.D. Fla. Apr. 29, 2010) (citing Fed. R. Civ. P. 41(a)(1)(A)(ii)). Here, Plaintiff filed two Joint Stipulations. (Docs. #67, #69). The first (Doc. #67) seeks to dismiss, with prejudice, Defendants Khulna Inc., Torre Deontray Fulcher, Le Gourmet India, LLC, Milton Townsend, and Jackie's Eyebrow Threading Nails Salon, Inc., with each party bearing its own fees and costs. The second (Doc. #69) seeks to dismiss, with prejudice, Defendant

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

China Taste, Inc. of Fort Myers, with each party bearing its own fees and costs, except as otherwise agreed to in the settlement agreement. All parties who have appeared have signed the Joint Stipulations in compliance with Fed. R. Civ. P. 41.

The Parties request that the Court retain jurisdiction over this matter for the sole purpose of enforcing the settlement agreement between Plaintiff and Defendant China Taste Inc. of Fort Myers. (Doc. #69 at 1). A district court has discretion to retain jurisdiction over a settlement contract, if the parties agree. *See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-2 (1994)*. Therefore, the Court will retain jurisdiction over this matter until January 26, 2017 for the limited purpose of enforcing the settlement agreement.

Accordingly, it is now

**ORDERED:**

1. Defendants Khulna Inc., Torre Deontray Fulcher, Le Gourmet India, LLC, Milton Townsend, Jackie's Eyebrow Threading Nails Salon, Inc., and China Taste, Inc. of Fort Myers, are **DISMISSED, with prejudice**, and each party should bear its own fees and costs.

2. The Court will continue to retain jurisdiction over the case for **ninety (90) days** until **January 26, 2017**, for the sole purpose of enforcing the settlement agreement between Plaintiff Patricia Kennedy and Defendant China Taste Inc. of Fort Myers.

3. The Clerk of the Court is **DIRECTED** to terminate any previously scheduled deadlines and pending motions, and **administratively close** the case pending further Order.

**DONE** and **ORDERED** in Fort Myers, Florida, this day of 28th day of October, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record